IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>V.                               )<br>)<br>HAZEM S. GARADA,              )<br>)<br>          Defendant.          )<br>_____) | Criminal No. 1:03cr571 |

### ORDER

This matter comes before the Court on the Defendant's motion for a Rule 35 reduction of sentence and motion for release on bond. It appearing to the Court that the Defendant's Rule 35 motion cannot be entertained and the Defendant should not be released on bond, it is hereby

ORDERED that the Defendant's motions are DENIED.

                                        /s/
                              _____
                              UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
June 8  , 2005